Imran F. Vakil, Esq. (Bar No. 248859)
    ivakil@nexiolaw.com
Randal Robinson (Bar No. 327417)
    rrobinson@nexiolaw.com
**NEXIO, PC**
18012 Cowan, Suite 200
Tustin, California 92780
Phone:      (949) 478-6830
Facsimile: (949) 478-1275
*Attorneys for Defendants No Bad Days Enterprises,*
*Inc. and Scott Sample*

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVE USA LLC, a California limited liability company, | Case No. 8:20-cv-02314-JLS-KES |
| | |
| Plaintiff, | **DECLARATION OF RANDAL ROBINSON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND/OR STRIKE COMPLAINT** |
| v. | |
| NO BAD DAYS ENTERPRISES, INCORPORATED, a California corporation; SCOTT SAMPLE, an individual; and DOES 1-10, inclusive, | Date:    June 18, 2021 |
| | Time:    10:30 A.M. |
| Defendants. | Dept:    10A |

I, Randal Robinson, declare as follows:

1.     I am an attorney licensed to practice in the state of California and an associate with Nexio, PC, counsel of record for defendants No Bad Days Enterprises, Inc. ("NBD"), and Scott Sample (collectively, "Defendants") in this action. I submit this declaration in support of Defendants' Motion to Dismiss. I have personal knowledge of all of the following facts based on my own observations and experiences and, if called as a witness, could and would competently testify thereto.

2.     In accordance with Local Rule 7-3, on January 4, 2021 I sent counsel for Plaintiff Cove USA LLC ("Plaintiff") a detailed letter, setting forth Defendants' intention to file the present motion and certain of the bases for such a motion. On or about January 7, 2021, I telephonically met with Plaintiff's counsel Lara Petersen to confer about the grounds and to determine if a compromise could be reached. During this telephone call, Ms. Petersen informed me that Plaintiff agreed that its request for monetary damages pursuant to California Unfair Competition Law was improper, but nevertheless refused to amend the complaint until after Defendants filed a motion to dismiss. Plaintiff otherwise disagreed with Defendants' positions.

3.     Plaintiff's positions were confirmed in a January 13, 2021 letter from Ms. Petersen to myself, a true and correct copy of which is attached hereto as **Exhibit A.**

4.     In a further effort to resolve the matter without the need for motion practice, I sent an additional letter to Plaintiff's counsel on January 20, 2021, responding to their January 13 letter and further alerting Plaintiff that Defendants also intended to move to strike certain claims pursuant to the California anti-SLAPP statute and to seek fees if Plaintiffs were unwilling to dismiss their invalid claims. A true and correct copy of this letter is attached hereto as **Exhibit B.**

5.     The next day, January 21, 2021, I sent a corrected version of the same letter that was sent on January 20, in which I combined the sixth point into the third point in order to better articulate Defendant's position. A true and correct copy of this letter is attached hereto as **Exhibit C.** On January 22, 2021, I telephonically met with Plaintiff's

counsel Lara Petersen once again to further confer about the grounds and to determine if a compromise could be reached. Plaintiff responded by indicating its continued disagreement with Defendant's positions, continued agreement that its request for monetary damages pursuant to California Unfair Competition Law was improper and continued unwillingness to amend the complaint until after Defendants filed a motion to dismiss.

6.     Attached collectively as **<u>Exhibit D</u>** are true and correct copies of trademark registrations issued to NBD for the mark "No Bad Days," registration nos. 3,396,343; 5,871,273; 6,038,033; 6,042,951; 6,058,338; and 6,111,733. I printed these registrations from the United States Patent and Trademark Office's public website on January 25, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on January 29, 2021, at Tustin, California.

/s/Randal Robinson/
Randal Robinson

**ROBINSON DECLARATION**