CLEAR FORM

Name: Omid E. Khalifeh (SBN 267340)
Address: 2029 Century Park E, Suite 400
City, State, Zip: Los Angeles, CA 90067
Phone: 310-276-6664
Fax: 310-305-1550
E-Mail: omid@omnilg.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

COVE USA LLC, a California limited liability company,

PLAINTIFF(S),

v.

NO BAD DAYS ENTERPRISES, INCORPORATED, a California corporation; SCOTT SAMPLE, an individual, and DOES 1-10, inclusive,

DEFENDANT(S).

CASE NUMBER:

8:20-cv-02314-JLS-KES

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _PLAINTIFF COVE USA LLC_ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): Granting Defendants' Motion to Dismiss (construed by the Court as a motion to strike under the anti-SLAPP statute) (Dkt. 41)

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _July 2, 2021_. Entered on the docket in this action on _July 2, 2021_.

A copy of said judgment or order is attached hereto.

July 19, 2021                              /Omid E. Khalifeh/
Date                                       Signature
                                           ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).