Michaela Battista Sozio, Esq., SBN 179148
msozio@tresslerllp.com
TRESSLER LLP
6100 Center Drive, Suite 1175
Los Angeles, California 90045
Telephone: (310) 203-4800
Fax: (323) 486-2704

Attorneys for Defendants
No Bad Days Enterprises, Inc. and Scott Sample

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVE USA LLC, a California limited liability company,<br><br>                    Plaintiff,<br><br>        v.<br><br>NO BAD DAYS ENTERPRISES INCORPORATED, a California corporation; SCOTT SAMPLE, an individual; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 8:20-cv-02314-JLS-KES<br><br>**DECLARATION OF MICHAELA SOZIO IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES**<br><br>Date:          January 21, 2022<br>Time:          10:30 a.m.<br>Courtroom.:  10A |

1

# DECLARATION OF MICHAELA SOZIO

I, Michaela Sozio, hereby declare as follows:

1. I am an attorney licensed to practice in the state of California and am the managing attorney in Tressler LLP's ("Tressler") Los Angeles office. I am older than eighteen years of age. I have personal knowledge of all of the following facts based on my own observations and experiences and, if called as a witness, could and would competently testify thereto.

2. Starting on or about May 5, 2021, I have been counsel of record for Defendants No Bad Days Enterprises, Inc. ("NBD") and Scott Sample ("Sample") (together, "Defendants") in the action entitled *Cove USA, LLC v. No Bad Days Enterprises, Inc. et al.*, pending before the United States District Court for the Central District of California, Case No. 8:20-cv-02314-JLS-KES (the "Action").

3. I have been retained to represent and defend Defendants by their liability insurer. Prior to my retention in the Action, Defendants were being represented by attorneys Imran F. Vakil and Randal Robinson at Nexio, P.C.

4. I am a 1995 graduate of University of the Pacific, McGeorge School of Law. I have been licensed to practice law in California since December 1995. I am admitted to all four United States District Courts in California and the Ninth Circuit Court of Appeals.

5. I have been working as an attorney since December 1995 and have been an attorney with Tressler since November 1999. Among other things, I have been handing intellectual property matters and business disputes, since the early 2000s.

6. My hourly rate for the Action is a panel counsel rate of $225/hour. This hourly rate is not only reasonable, but it is well-below market rates in California

based on my experience, skill, and the complexity of the issues presented by this case.

7. Tressler utilizes billing software called Aderant. Tressler attorneys are required to keep time logs for each matter in Aderant. I have kept accurate time logs for my time spent working on this matter in Aderant. There is a total of eleven (11) time entries that are associated with work pertaining to or related to preparation of the Reply Brief in support of the Motion to Strike/Dismiss. These time entries are set forth in **Exhibit A**, which provides an accurate and detailed summary of the work performed in connection with the Anti-SLAPP Motion as obtained from our Aderant program. In sum, I spent a total of 11.2 hours which totals $ 2,520.00.

8. As noted above, my hourly rate for work on this matter is $225/hour. I spent approximately eight (8) hours in preparation of this motion, my supporting declaration and exhibits, and proposed order. I anticipate spending another 3 hours in preparing the reply brief. I also anticipate that I will spend another 3 hours in preparation and attendance of the hearing on the motion. These additional fourteen (14) hours total $3,150.00.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 30th day of July, 2021, at Los Angeles, California.

                    /s/ *Michaela Battista Sozio*
                    Michaela Battista Sozio

LA # 4814-0552-2420  (443-340)

# EXHIBIT A

| Item | Date | Description | Hrs. | Rate | Total | Billed By |
|---|---|---|---|---|---|---|
| Plan and prepare for | 4/15/21 | Evaluate file materials, including complaint, motion to dismiss, etc. in preparation for call with client and current counsel. | 1.40 | 225.00 | 315.00 | Michaela L. Sozio |
| Analyze; plan and prepare for | 06/01/21 | Analysis of moving papers, motion to dismiss/strike complaint filed by prior counsel in order to analyze issues and arguments in preparation of evaluating Opposition and drafting Reply Brief. | 1.10 | 225.00 | 247.50 | Michaela L. Sozio |
| Analyze; plan and prepare for | 06/01/21 | Evaluate Plaintiff's Opposition to motion to strike/dismiss the complaint in preparation of drafting Reply Brief; begin outlining arguments for Reply Brief. | 0.80 | 225.00 | 180.00 | Michaela L. Sozio |
| Research | 06/02/21 | Analysis of case law relied on by plaintiff's counsel in Opposition in preparation of Reply Brief. | 1.30 | 225.00 | 292.50 | Michaela L. Sozio |
| Draft/revise | 06/02/21 | Begin drafting Reply in support of motion to strike/dismiss | 0.80 | 225.00 | 180.00 | Michaela L. Sozio |
| Analyze; plan and prepare for | 06/03/21 | Evaluate Declaration of plaintiff's counsel S. Petersen and exhibits in preparation of Evidentiary Objections to same. | 0.30 | 225.00 | 67.50 | Michaela L. Sozio |
| Draft/revise | 06/03/21 | Begin drafting Evidentiary Objections. | 0.60 | 225.00 | 135.00 | Michaela L. Sozio |
| Draft/revise | 06/03/21 | Continue drafting Reply to Plaintiff's | 1.10 | 225.00 | 247.50 | Michaela L. Sozio |

| Item | Date | Description | Hrs. | Rate | Total | Billed By |
|---|---|---|---|---|---|---|
| | | Opposition to Motion to Strike/Dismiss Complaint | | | | |
| Draft/revise | 06/04/21 | Draft, revise and finalize Reply to Plaintiff's opposition to motion to strike/dismiss complaint. | 3.10 | 225.00 | 697.50 | Michaela L. Sozio |
| Draft, revise | 06/04/21 | Revise, supplement and finalize Evidentiary Objections to plaintiff's counsel's Declaration, exhibits. | 0.60 | 225.00 | 135.00 | Michaela L. Sozio |
| Evaluate | 06/04/21 | Evaluate Court Order re upcoming motion to dismiss/strike complaint. | 0.10 | 225.00 | 22.50 | Michaela L. Sozio |
| | | | 11.2 | | $2,520.00 | |

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2021, a copy of foregoing **DECLARATION OF MICHAELA SOZIO IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated:  July 30, 2021            TRESSLER LLP

                         By:    /s/ *Michaela Battista Sozio*
                                Michaela Battista Sozio, Esq.
                                Attorneys for Defendants
                                No Bad Days Enterprises, Inc. and
                                Scott Sample