Imran F. Vakil, Esq. (Bar No. 248859)
    ivakil@nexiolaw.com
**NEXIO, PC**
18012 Cowan, Suite 200
Irvine, California 92614
Phone:    (949) 478-6830
Facsimile: (949) 478-1275
*Attorneys for Defendants No Bad Days Enterprises, Inc. and Scott Sample*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVE USA LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>NO BAD DAYS ENTERPRISES, INCORPORATED, a California corporation; SCOTT SAMPLE, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-02314-JLS-KES<br><br>**DELARATION OF IMRAN F. VAKIL IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES** |

**VAKIL DECLARATION**

I, Imran F. Vakil, declare as follows:

1. I am an attorney licensed to practice in the state of California and am the managing attorney with Nexio, PC ("**Nexio**"). I am older than eighteen years of age. I have personal knowledge of all of the following facts based on my own observations and experiences and, if called as a witness, could and would competently testify thereto.

2. Between December 21, 2020 and May 5, 2020, I was counsel of record for defendants No Bad Days Enterprises, Inc. ("**NBD**") and Scott Sample ("**Sample**"; NBD and Sample are collectively "**Defendants**") in the action entitled *Cove USA, LLC v No Bad Days Enterprises, Inc.*, pending before the U.S. District Court for the Central District of California as Case No. 2:20-cv-02314-JLS-KES (the "**Action**"). I submit this declaration in support of Defendants' Motion to Attorneys' Fees.

3. In my role at Nexio, I am responsible for hiring all attorneys that work at Nexio PC. As part of that process, I verify all attorney licenses prior to onboarding new staff. I also decide which attorneys are allocated to a case. The Action was exclusively staffed by Randal Robinson and Imran F. Vakil until May 5, 2021. On May 5, panel counsel substituted in was charged with stewardship of defense of this case.

### Randal Robinson's Qualifications

4. Randal Robinson began working for Nexio in the summer of 2017 as a law-school intern. Nexio hired Mr. Robinson after he finished law school in September 2018. Mr. Robinson has been licensed to practice law in California since December 2019. During his employment, Mr. Robinson was regularly involved in business and I.P. litigation.

5. Mr. Robinson's hourly rate for the Action was $300 per hour. I believe that his hourly rate is reasonable in Irvine, California based upon his experience, and the complexity of the issues presented by this case.

///
///
///

## Imran F. Vakil's Qualifications

6. I am a December 2006 graduate of Loyola Law School. I have been licensed to practice law in California since May 2007. I am admitted to all four U.S. District Courts for the state of California, the Ninth Circuit Court of Appeals, and the Federal Circuit Court of Appeals.

7. Between December 2007 and March 2009, I was an associate a Hankin Patent Law. Between April 2009 and May 2014, I was first a senior associate, then later an of counsel at One LLP. Since May 2014, I have practiced exclusively at Nexio, PC.

8. Since December 2007, I have been regularly involved in business and intellectual property litigation. I estimate handling over one thousand matters over my career, including small matters and large complex litigation.

9. I have been awarded several honors through the year. Some distinctions include being named as Martindale-Hubbell AV Rated, a Southern California Super Lawyers Rising Stars between 2009 and 2017 (9 years), and a Southern California Super Lawyers between 2019 and 2021 (3 years).

10. My hourly rate for the Action was $425 per hour. I believe that my hourly rate is both reasonable and *below market rates* in California based upon my experience, skill, and the complexity of the issues presented by this case.

## Timekeeping Arising from Defendants' Motion to Strike

11. In its regular business practice, Nexio employs a law practice management software called *Practice Panther*. This software performs several functions such as timekeeping and billing. Nexio's attorneys are required to keep time logs spend working on a matter in *Practice Panther*.

12. To my knowledge accurate time logs were kept for all work performed on Defendants' behalf in the Action. There are 122 time-entries logged in *Practice Panther* for this Action. *Practice Panther* allows users to export the time entries to an excel time sheet, which I did. Thereafter, I removed all ninety-four (94) time entries that were unrelated to

the fees motion. This left 28 entries arising from and related to the work on the Motion to Strike / Dismiss filed on February 1, 2012.

13.  Attached at **Exhibit A** is a detailed summary of the time that both Mr. Robinson and I have spent on the Motion to Dismiss from December 22, 2020 through its filing on February 1, 2021 as well as the instant declaration.

14.  In sum, Randal Robinson and I spent 51.5 hours which totals $20,087.50. The amounts are broken down by timekeeper as follows:

| Timekeeper | Time | Total Billed |
|---|---|---|
| Imran F. Vakil | 37.1 hours | $15,767.50 |
| Randal Robinson | 14.4 hours | $ 4,320.00 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on July 8, 2021, at Irvine, California.



Imran F. Vakil

# EXHIBIT "A"

| Item | Date | Description | hrs. | Rate | Total | Billed By |
|---|---|---|---|---|---|---|
| Communicate (with client) | 12/22/2020 | Multiple calls w/ Client re motion to strike / dismiss, investigated facts, position, and discussed probability of success | 1.5 | $ 425.00 | $ 637.50 | Imran Vakil |
| Communicate (with client) | 12/22/2020 | Performed research and prepared notes re motion to strike / dismiss; Drafted outline of L.R. 7-3 letter. | 3.5 | $ 425.00 | $ 1,487.50 | Imran Vakil |
| Draft/revise | 1/4/2021 | Updated L.R. 7-37-3 Letter re motion to strike / dismiss; Redirected same to R. Robinson for final review and dispatch | 1 | $ 425.00 | $ 425.00 | Imran Vakil |
| Communicate (other outside counsel) | 1/4/2021 | Finalized and sent letter regarding Meet and Confer to Opposing Counsel regarding Motion to Dismiss. | 0.6 | $ 300.00 | $ 180.00 | Randal Robinson |
| Plan and prepare for | 1/6/2021 | Review notes, letter and case law in preparation for Meet and Confer with Opposing Counsel. | 1.8 | $ 300.00 | $ 540.00 | Randal Robinson |
| Draft/revise | 1/7/2021 | Meeting w/ R. Robinson re Cove's responses to meet and confer | 0.4 | $ 425.00 | $ 170.00 | Imran Vakil |
| Draft/revise | 1/7/2021 | Work on motion to strike / dismiss; revised R. Robinson email confirming substance of meet and confer | 2.5 | $ 425.00 | $ 1,062.50 | Imran Vakil |
| Communicate (other outside counsel) | 1/7/2021 | Meet and Confer via phone call with Lara Petersen, Cove counsel; Draft e-mail commemorating Meet and Confer details (sent to I. Vakil for review) | 1.4 | $ 300.00 | $ 420.00 | Randal Robinson |
| Draft/revise | 1/8/2021 | Continued revisions to R. Robinson email confirming substance of meet and confer; Legal research for motion to dismiss on alter ego claim and preemption for DMCA; Legal research re anti-SLAPP motion | 1.9 | $ 425.00 | $ 807.50 | Imran Vakil |

| Communicate (with client) | 1/8/2021 | Call w/ Client re status of meet and confer and option to either meet and confer a second time or file motion; Legal research re successive motion/waiver of filing a JMOL vs Rule 12 | 1.1 | $ 425.00 | $ 467.50 | Imran Vakil |
|---|---|---|---|---|---|---|
| Draft/revise | 1/10/2021 | Finalized e-mail commemorating Meet and Confer details Opposing Counsel, Lara Petersen. (Sent on 1/11/21). | 1.2 | $ 300.00 | $ 360.00 | Randal Robinson |
| Research | 1/12/2021 | Further legal research re anti-SLAPP applicability, availability of fees, and potential legal grounds for dismissal of state law claims and work on initial draft of motion to dismiss re same. | 3.5 | $ 425.00 | $ 1,487.50 | Imran Vakil |
| Research | 1/13/2021 | Further legal research for motion to dismiss; Revised motion; Coordinated client and R. Robinson review of initial draft motion; Reviewed Cove's response letter to Motion to Dismiss / Strike and prepared notes. | 5 | $ 425.00 | $ 2,125.00 | Imran Vakil |
| Communicate (other outside counsel) | 1/13/2021 | Review letter from Opposing Counsel, Lara Petersen. | 0.7 | $ 300.00 | $ 210.00 | Randal Robinson |
| Draft/revise | 1/14/2021 | Continue drafting motion to dismiss and/or strike. | 1.9 | $ 425.00 | $ 807.50 | Imran Vakil |
| Draft/revise | 1/15/2021 | Review and revise draft motion to dismiss, and further legal research on UCL claim and negligent interference claim. | 2.7 | $ 425.00 | $ 1,147.50 | Imran Vakil |
| Research | 1/18/2021 | Continue revising motion to dismiss and additional legal research on anti-SLAPP statute; Sherardize cases. | 5.4 | $ 425.00 | $ 2,295.00 | Imran Vakil |
| Draft/revise | 1/19/2021 | Draft Robinson declaration and initial draft of second (reply) meet and confer letter. | 1.5 | $ 425.00 | $ 637.50 | Imran Vakil |

| | | | | | | |
|---|---|---|---|---|---|---|
| Draft/revise | 1/20/2021 | Continue working on request for judicial notice, declaration and meet and confer letter in support of motion to dismiss; Sent Documents to R. Robinson for review and proofread. | 0.4 | $ 425.00 | $ 170.00 | Imran Vakil |
| Draft/revise | 1/20/2021 | Finalize and send Meet and Confer letter to Opposing Counsel; Review/revise draft of Motion to Dismiss with Opposing Counsel's letter. | 2.8 | $ 300.00 | $ 840.00 | Randal Robinson |
| Draft/revise | 1/21/2021 | Revised second (reply) meet and confer letter; Coordinated reissuance. | 0.5 | $ 425.00 | $ 212.50 | Imran Vakil |
| Research | 1/21/2021 | Further legal research and drafting on fraud prong of UCL for use in motion to dismiss. | 0.9 | $ 425.00 | $ 382.50 | Imran Vakil |
| Communicate (other outside counsel) | 1/22/2021 | Prepare for and conduct Meet and Confer #2 with Opposing Counsel, Lara Petersen. | 2.4 | $ 300.00 | $ 720.00 | Randal Robinson |
| Manage data/files | 1/27/2021 | Finalize motion to dismiss; Update documents for filing on February 1. | 1.9 | $ 300.00 | $ 570.00 | Randal Robinson |
| Communicate (with client) | 1/28/2021 | Emailed Client the final draft of motion for review before filing. | 0.2 | $ 425.00 | $ 85.00 | Imran Vakil |
| Communicate (with client) | 2/1/2021 | Call w/ Client responding to client questions about motion to dismiss, anticipated arguments in opposition, likely reply, and hearing/decision process. | 0.5 | $ 425.00 | $ 212.50 | Imran Vakil |
| Draft/revise | 2/1/2021 | Reviewed Court website for available hearing dates; Amend/Update MTD documents with new hearing date; File Motion. | 1.6 | $ 300.00 | $ 480.00 | Randal Robinson |
| Draft/revise | 7/8/2021 | Call w/ Client re motion for attorneys' fees; Prepared declaration and exhibitre motion for attorneys' fees | 2.7 | $ 425.00 | $ 1,147.50 | Imran Vakil |
| | | | 51.5 | | $ 20,087.50 | |

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2021, a copy of foregoing **DELARATION OF IMRAN F. VAKIL IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated:  July 30, 2021                    TRESSLER LLP

                                By:   /s/ *Michaela Battista Sozio*
                                      Michaela Battista Sozio, Esq.
                                      Attorneys for Defendants
                                      No Bad Days Enterprises, Inc. and
                                      Scott Sample