# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVE USA LLC, a California limited liability company,<br><br>    Plaintiff,<br><br> v.<br><br>NO BAD DAYS ENTERPRISES INCORPORATED, a California corporation; SCOTT SAMPLE, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:20-cv-02314-JLS-KES<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES**<br><br>Date:  January 21, 2022<br>Time:  10:30 a.m.<br>Courtroom.: 10A |

## ORDER

Good cause appearing, the Court hereby GRANTS Defendants' Motion for Attorneys' Fees in favor of Defendants No Bad Days Enterprises, Inc. and Scott Sample and against Plaintiff Cove USA, LLC, in the amount of $ _____. Payment of the attorneys' fees shall be made by Plaintiff to Defendants' counsel of record within _____ days of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Josephine L. Staton
United States District Court Judge

LA # 4829-7373-5924   (443-340)

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2021, a copy of foregoing **[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: July 30, 2021             TRESSLER LLP

                         By:    /s/ *Michaela Battista Sozio*
                                Michaela Battista Sozio, Esq.
                                Attorneys for Defendants
                                No Bad Days Enterprises, Inc. and
                                Scott Sample