FILED

SEP 17 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| COVE USA, LLC, a California limited liability company,<br><br>    Plaintiff-counter-defendant-Appellant,<br><br>  v.<br><br>NO BAD DAYS ENTERPRISES, INC., a California corporation; SCOTT SAMPLE, an individual,<br><br>    Defendants-counter-claimants-Appellees,<br><br>  v.<br><br>SEAN ARCHER TODD,<br><br>    Counter-defendant. | No.   21-55755<br><br>D.C. No. 8:20-cv-02314-JLS-KES Central District of California, Santa Ana<br><br>ORDER |

The conference previously scheduled for September 16, 2021, is canceled.

Appellant's motion to dismiss this appeal (Docket Entry No. 8) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

                      FOR THE COURT:

                      By: Stephen M. Liacouras
                      Chief Circuit Mediator