JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVE USA LLC, a California limited liability company,<br><br>  Plaintiff,<br><br>  vs.<br><br>NO BAD DAYS ENTERPRISES, INCORPORATED, a California corporation; SCOTT SAMPLE, an individual; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: 8:20-cv-02314-JLS-KES<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |
| NO BAD DAYS ENTERPRISES, INCORPORATED, a California corporation,<br><br>  Counterclaimant,<br><br>  vs.<br><br>COVE USA LLC, a California limited liability company; SEAN ARCHER TODD, an individual; and DOES 1-10, inclusive,<br><br>  Counterdefendants. | |

## **ORDER**

Based on the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 58), IT IS HEREBY ORDERED that this case is dismissed with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

DATED: June 21, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE